**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 14–cv–00100–RM–KMT

ALAN E. DEATLEY, an individual,
15 CORPORATIONS, INC., a Washington state corporation, and
SOLUTIONS INTERNATIONAL LLC, an Oregon Limited Liability Company,

    Plaintiffs,

v.

KERMIT ALLARD, individual,
JUDY ALLARD, individual,
ROBERT KLICK, individual,
JANE DOE KLICK, individual,
DAVE ZAMZOW, individual,
JANE DOE ZAMZOW, individual, and
EHRHARDT KEEFE STEINER & HOTTMAN, a Colorado Limited Liability Limited Partnership,

    Defendants.
_____

**ORDER ON MOTION TO DISMISS DEFENDANTS**
_____

The Court, having reviewed the Unopposed Motion to Dismiss Defendants Judy Allard, Jane Doe Klick, and Jane Doe Zamzow (ECF No. 21) and being fully apprised, hereby

ORDERS:

    Defendants Judy Allard, Jane Doe Klick, and Jane Doe Zamzow are DISMISSED WITH PREJUDICE.

DATED this 24th day of February, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge